# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  VERNON C. ROUSH, JR.                                    Case Number: 04-73477
        506 EASTWOOD LANE                    SSN-xxx-xx-7032
        BELVIDERE, IL  61008

                                                            Case filed on:      7/8/2004
                                                            Plan Confirmed on:  1/7/2005
                    P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $27,100.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BRIAN A. HART | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 201 | DOUGLAS M. HEAGLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | GREEN TREE SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ILLINOIS DEPARTMENT OF REVENUE | 240.00 | 240.00 | 240.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 4,464.09 | 4,464.09 | 4,464.09 | 0.00 |
|  | Total Priority | 4,704.09 | 4,704.09 | 4,704.09 | 0.00 |
| 999 | VERNON C. ROUSH, JR. | 0.00 | 0.00 | 301.36 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 301.36 | 0.00 |
| 001 | DAIMLER CHRYSLER SERVICES | 9,224.63 | 9,224.63 | 9,224.63 | 1,194.53 |
| 002 | GREEN TREE | 31,714.67 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 40,939.30 | 9,224.63 | 9,224.63 | 1,194.53 |
| 003 | HEIGHTS FINANCE | 3,769.00 | 3,769.00 | 3,769.00 | 0.00 |
| 004 | SECURITY FINANCE | 855.00 | 855.00 | 855.00 | 0.00 |
| 005 | ILLINOIS DEPARTMENT OF REVENUE | 78.00 | 78.00 | 78.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 56.52 | 56.52 | 56.52 | 0.00 |
| 007 | AMCORE BANK NA | 8,658.74 | 0.00 | 0.00 | 0.00 |
| 008 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | C.B. ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | EMERGE MASTERCARD GOLD | 414.91 | 414.91 | 414.91 | 0.00 |
| 015 | FIRST NORTH AMERICAN NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 331.66 | 331.66 | 331.66 | 0.00 |
| 017 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | KAY JEWELERS | 717.32 | 717.32 | 717.32 | 0.00 |
| 019 | PROGRESSIVE MANAGEMENT SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD MERCANTILE AGENCY INC | 146.40 | 146.40 | 146.40 | 0.00 |
| 021 | SFC OF ILL LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | STATE COLLECTION SERVICE INC | 520.52 | 520.52 | 520.52 | 0.00 |
| 023 | THE CASH STORE | 1,219.72 | 1,219.72 | 1,219.72 | 0.00 |
| 024 | VERIZON WIRELESS - GREAT LAKES | 423.86 | 423.86 | 423.86 | 0.00 |
| 025 | CHECK N GO OF ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | CHERYL ROUSH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 17,191.65 | 8,532.91 | 8,532.91 | 0.00 |
|  | Grand Total: | 64,199.04 | 23,825.63 | 24,126.99 | 1,194.53 |

Total Paid Claimant:     $25,321.52
Trustee Allowance:       $1,778.48            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     100.00            discharging the trustee and the trustee's surety from any and all
                                              liablility on account of the within proceedings, and closing the estate,
                                              and for such other relief as is just.  Pursuant to FRBP, I hereby
                                              certify that the subject case has been fully administered.

Report Dated:

                                                       /s/ Lydia S. Meyer
                                                      Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008                By  /s/Heather M. Fagan